**Opinion issued April 2, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00262-CV

———————————

**HORACE BRIDGES, Appellant**

**V.**

**LANNETTE LINTHICUM, Appellee**

On Appeal from the 412th Judicial District Court
Brazoria County, Texas
Trial Court Case No. 79222-I

## MEMORANDUM OPINION

Appellant, Horace Bridges, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary

dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.